**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2022 JUN 21 ⊃ 3: 07

CLERK M. akiis
SO. DIST. OF GA.

UNITED STATES OF AMERICA )
)
v. )
) **CASE NO: 3:22CR00008**
)
TIFFANY FLETCHER, )
Defendant. )

## ORDER

The Application for Leave of Absence filed by Tina E. Maddox, counsel for Defendant

TIFFANY FLETCHER, having been considered, good cause being shown, and there being no

opposition thereto, the Application for Leave of Absence for July 4, 2022 through July 8, 2022  is

hereby GRANTED.

This 21st day of June, 2022.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA